# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4280

_____

Gamachu Mekonine Beyena, suing     *
as Gamachu M. Beyena,     *
    *
       Appellant,     *
    *   Appeal from the United States
    v.     *   District Court for the
    *   District of Minnesota.
Marvin Runyon, Post Master General,     *
    *    [UNPUBLISHED]
       Appellee.     *

_____

Submitted: June 4, 1998
Filed: June 25, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Gamachu Mekonine Beyena appeals from the district court's[1] order granting defendant's motion to dismiss his tort and employment discrimination claims. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the district court properly granted defendant's motion and we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.